IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01012-AP

EDWARD H. MULVEY,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN**

---

### 1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| RICK P. SAUER<br>700 Macon Ave.<br>Cañon City, CO 81212<br>Telephone: 719/275-7591<br>FAX: 719/275-6165<br>rps@bresnan.net | DAVID M. GAOUETTE<br>Acting United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>kevin.traskos@usdoj.gov<br><br>KRISTI J. DENNEY<br>Special Assistant U. S. Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, CO 80294<br>Telephone: (303) 844-7182<br>Facsimile: (303) 844-0770<br>kristi.denney@ssa.gov |

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

    A.  Date Complaint Was Filed:  May 1, 2009
    B.  Date Complaint Was Served on U.S. Attorney's Office: May 13, 2009
    C.  Date Answer and Administrative Record Were Filed: July 9, 2009

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties will not submit additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7.  OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

**8.  BRIEFING SCHEDULE**

    A.  **Plaintiff's Opening Brief Due:**      **September 8, 2009**

    B.  **Defendant's Response Brief Due:**  **October 8, 2009**

    C.  **Plaintiff's Reply Brief (If Any) Due: October 23, 2009**

**9.  STATEMENTS REGARDING ORAL ARGUMENT**

    A.  Plaintiff's Statement:  Plaintiff does not request oral argument.

  B. Defendant's Statement:  <u>Defendant does not request oral argument.</u>

**10.** **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

 A. ( X )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
 B. (  )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.** **OTHER MATTERS**

Parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR 7.1(A) by conferring, or making reasonable, good faith efforts to confer, with opposing counsel or *pro se* party before filing the motion.

**12.** **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 29th  day of July, 2009.

         BY THE COURT:

          *s/John L. Kane*
         U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

 **s/ Rick P. Sauer**
RICK P. SAUER
700 Macon Ave.
Cañon City, CO 81212
Telephone: 719/275-7591
FAX: 719/275-6165
rps@bresnan.net

<u>For Defendant</u>:

DAVID M. GAOUETTE
Acting United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

By:     **s/ Kristi J. Denney**
Kristi J. Denney
Special Assistant United States Attorney
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-7182
(303) 844-0770 (facsimile)
kristi.denney@ssa.gov