IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **09-cv-1012-AP**

**EDWARD H. MULVEY,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

---

## ORDER

---

Kane, J.

     Defendant's Unopposed Motion to Remand for Further Administrative Proceedings (doc. #15), filed November 23, 2009, is GRANTED.

     This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

     Dated:  November 24, 2009.

                  BY THE COURT:

                  *s/John L. Kane*
                  JOHN L. KANE, SENIOR JUDGE
                  UNITED STATES DISTRICT COURT