IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **09-cv-1012-AP**

**EDWARD H. MULVEY,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

The Stipulated Motion for Award of Attorney Fees pursuant to the Equal Access to Justice Act, (doc. #20), filed December 22, 2009, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff reasonable attorney fees in the amount of **$5,000.00**. The EAJA attorney fee award shall be made payable to Plaintiff's counsel, as assignee for Plaintiff, and mailed to Plaintiff's counsel.

Dated at Denver, Colorado, this 22th day of December, 2009.

                BY THE COURT:

                *S/John L. Kane*
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT